UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

                                                           -CR-   ( )( )

Christian Cruz                                             20 MAG 6147

                              Defendant(s).

----------------------------------------------------------------X

Defendant ____Christian Cruz____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

X     Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s/ Christian Cruz by JLG                                  _____
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christian Cruz                                            Julia Gatto
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

                                                          Katharine H. Parker
__6/30/2020__                                            _____
Date                                                     U.S. District Judge/U.S. Magistrate Judge